STEVEN KELLY, ESQ.
COUNSEL FOR CREDITOR
STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re:<br><br>　　　Edith M. Farina<br><br>　　　Debtor(s) | Chapter 13<br><br>Case Number: 24-17517-MBK<br><br>Judge: Michael B. Kaplan<br><br>Hearing Date:  October 9, 2024 at 10:00 a.m. |

**OBJECTION OF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8  TO DEBTOR'S CHAPTER 13 PLAN WITH RESPECT TO REAL PROPERTY LOCATED AT  35 MAHLON COURT, TOMS RIVER, NJ 08753**

　　　THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8 (hereinafter, the "***Secured Creditor***"), by and through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan filed by Debtor Edith M. Farina, (hereinafter, the "***Debtor***"). In support thereof, Secured Creditor respectfully represents as follows:

　　　1.　On May 2, 2007, Edith Farina signed a note in the principal sum of $1,000,000.00 evidencing a loan from Countrywide Home Loans, Inc. in the same amount, secured by the real property located at 35 Mahlon Court, Toms River, NJ 08753 (hereinafter, the "***Property***"), as evidenced by a mortgage executed by Edith Farina and Emilio Farina in favor of Mortgage Electronic Registration Systems Inc., as Nominee for Countrywide Home Loans, Inc., which mortgage is duly recorded with the Clerk of Ocean County on June 6, 2007 at Instrument No. 2007077741.

　　　2.　Secured Creditor is the holder of the note and assignee of the mortgage.

　　　3.　Debtor filed a Chapter 13 Bankruptcy Petition on July 30, 2024 (hereinafter, the "***Petition Date***") and as a result, any State Court proceedings were stayed.  Prior to the Petition Date, Secured Creditor and Debtor underwent nearly five (5) years of state court litigation as to the Property under a Complaint in Mortgage Foreclosure Action filed in the New Jersey Superior Court, Ocean

County Vicinage, as Docket Number F-024744-18.  The Debtor's Case was filed one (1) week after Secured Creditor filed its Motion for Final Judgment in the State Court Action.

4. On or about September 19, 2024, Debtor caused to be filed her Chapter 13 Plan (hereinafter, the "**Plan**"), which does not provide any treatment of the Secured Creditor's lien on the Property.  There is one reference under Part 10 of the Plan that states "Mortgage: Objection to validity and classification of secured creditor claims filed, if any."  Debtor proposes to fund the Plan by paying to the Chapter 13 Standing Trustee the sum of $529.00, a month, for sixty (60) months for a Total Base Plan of $31,740.00.  See, Docket Entry No. 23.

5. Secured Creditor is in the process of preparing its Proof of Claim (hereinafter, the "**Claim**") for filing prior to the Claims Bar Date.  Secured Creditor avers that the Claim will evidence a first mortgage lien on the Property in the amount of $2,047,628.06 and pre-petition arrears, as of the Petition Date, in the amount of $585,839.29.

6. Secured Creditor objects to confirmation of the Debtor's Plan on the basis that the Plan does not properly treat the Claim of the Secured Creditor.  It is clear from the language added to Part 10 that Debtor intends to challenge the Claim of the Secured Creditor, once filed, but fails to provide any information in the Plan as to the proposed challenge.  While it is unclear what the basis for the objection to claim is going to be, Secured Creditor can only assume that Debtor intends to relitigate issues previously decided in the State Court Action.  Secured Creditor, upon the filing of Debtor's Objection to Claim, preserves its right to supplement this Objection at that time.

7. Secured Creditor, and for purposes of preserving its right to object, further objects to confirmation of the Debtor's Plan on the basis that the Plan is infeasible and underfunded.  As noted above, Debtor's Plan provides for Plan Payments totaling $31,740.00 to the Chapter 13 Standing Trustee, while the Claim of the Secured Creditor will evidence pre-petition arrears in the amount of $585,839.29 thereby rending the Plan underfunded.  Debtor's Schedule J does not take into account the post-petition monthly mortgage payment due to the Secured Creditor in the amount of $8,009.22, which will result in Debtor having a negative disposable income thereby rendering the Plan infeasible.

8. Finally, Secured Creditor objects to confirmation of the Debtor's Plan on the basis that the case was filed in bad faith.  Secured Creditor avers that Debtor filed the instant action immediately following the entry of an Order Denying her Motion to Dismiss the State Court Action with Prejudice and the filing of the Motion for Final Judgment by the Secured Creditor.  As Debtor's Plan is infeasible and underfunded, it is clear that the case was filed solely to prevent the Secured Creditor from effectuating its rights and remedies under the Note and Mortgage.

9. By proposing to pay Secured Creditor as proposed, the Plan violates the standards of 11 U.S.C. §§  1325(a)(5)(B)(i) and (ii) because it pays Secured Creditor less than the allowed amount of such claim.

10. This Objection is made in accordance with the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Secured Creditor, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8 by and through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan and dismiss the Chapter 13 Bankruptcy Petition together with such other relief this Court deems necessary and appropriate.

Respectfully Submitted:

Stern & Eisenberg, PC

*By:/s/ Steven Kelly, Esq.*
Steven Kelly, Esq.
Stern & Eisenberg, PC
1120 Rt. 73
Mt. Laurel, NJ 08054
skelly@sterneisenberg.com
Phone: (609) 397-9200
Fax: (856) 667-1456
Bar Number: 010032010

Date: September 26, 2024        Counsel for Secured Creditor