

# shellpoint. 

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20 L-156 R-101
PL74XW00319090 - 810308231 I74684
EDITH FARINA
35 MAHLON CT
TOMS RIVER NJ 08753-2619

| CONTACT INFORMATION | |
|---|---|
| Correspondence: | P.O. Box 10826 |
| | Greenville, SC 29603-0826 |
| Business Hours: | Monday - Friday: 8:00AM-9:00PM |
| | Saturday: 10:00AM-2:00PM |
| Phone Number: | 800-365-7107 |
| Fax: | 866-467-1137 |
| Website: | www.shellpointmtg.com |

Loan Number:    0579482188
Principal Balance: $1,386,561.68                                                               01/06/2025
Property Address: 35 MAHLON COURT
                  TOMS RIVER, NJ 08753

Dear EDITH FARINA:

Shellpoint Mortgage Servicing ("Shellpoint") is in receipt of your correspondence regarding the above referenced loan.

Due to the complex nature of the matter, Shellpoint respectfully requests additional time to respond fully to your inquiry. We would like to apologize for any inconvenience experienced regarding this issue. Shellpoint is working diligently to resolve your concerns and will respond within the allotted time frame. We appreciate your patience in this matter.

If you have any other questions or concerns, please contact Customer Service at 800-365-7107.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,
Shellpoint Mortgage Servicing
800-365-7107

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ
2025 JAN 29   A 10: 57
BY:
DEPUTY CLERK
JEANNE A. NAUGHTON

Newrez LLC dba Shellpoint Mortgage Servicing NMLS ID 3013
156 101 Loan Number: 0579482188 Version: 07052024                                    P I0000010102J0400

**Please read the following important notices as they may affect your rights.** 

Newrez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Newrez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us. Additionally, if you believe we have furnished inaccurate information to credit reporting agencies, please write to us with specific details regarding those errors and any supporting documentation that you have and we will assist you. Error Resolution, including concerns of inaccurate information sent to credit reporting agencies, or requests for information should be sent to the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as Newrez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.