Page 1
Desh Law, LLC
Amit Deshmukh - 127052014
29 Columbia Tpke, Ste. 302
Florham Park, NJ 07932

United States Bankruptcy Court
District of New Jersey
---------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 13 |
| EDITH M. FARINA | Case No.: 24-17517 |
| | HEARING DATE: 3/12/2025<br>HEARING TIME: 10:00 am |
| Debtor | |

---------------------------------------------------------x

## ATTORNEY'S CERTIFICATION IN SUPPORT OF MOTION

I, Amit Deshmukh, attorney for debtor, hereby certify as follows:

1. The documents are requested to be sealed as they may contain attorney-client privileged conversations and may prejudice debtor.

I certify that the above statements made by me are true. I am aware that if any of the above statements are willfully false, I may be subject to punishment.

DATE: March 11, 2025

                                                        _/s/ Amit Deshmukh_
                                                        Amit Deshmukh, Esq.