STERN & EISENBERG, PC
1120 ROUTE 73, SUITE 400
MOUNT LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### (TRENTON)

| In Re: <br><br> Edith M. Farina <br><br> Debtor(s) | Chapter 13 <br><br> Case Number: 24-17571-MBK <br><br> Hearing: August 6, 2025 at 09:00 a.m. |
|---|---|

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

### ORDER DENYING MOTION FOR CERTIFICATION OF A FEDERAL QUESTION AND INTERLOCUTORY APPEAL

The relief set forth on the following page is hereby ***ORDERED.***

(page 2)
Debtor: Edith M. Farina
Case Number: 24-17517-MBK

Caption of Order: ORDER DENYING MOTION FOR CERTIFICATION OF A FEDERAL QUESTION AND INTERLOCUTORY APPEAL

    AND NOW, this _____ day of _____, 2025, upon the MOTION FOR CERTIFICATION OF A FEDERAL QUESTION AND INTERLOCUTORY APPEAL filed by Debtor Edith M. Farina, and any responses thereto, and after notice and a hearing, it is hereby **ORDERED** that said Motion is **DENIED**.