Steven P. Kelly, Esquire
STERN & EISENBERG, P.C.
1120 Route 73, Suite 400
Mount Laurel, NJ 08054
609-397-9200 (Telephone)
856-667-1456 (Fax)
skelly@sterneisenberg.com

Attorney for Secured Creditor, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2007-8 Mortgage Pass-Through Certificates, Series 2007-8

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY |
| | : | COURT FOR THE DISTRICT |
| Edith M. Farina | : | OF NEW JERSEY |
| | : | |
| Debtor(s) | : | Bankruptcy No. 24-17517-MBK |
| | : | |
| | : | Chapter 13 |
| | : | |
| | : | Hearing Date: August 6, 2025 at 09:00 a.m. |

## **CERTIFICATE OF SERVICE**

1.     I, Steven P. Kelly, Esq., am the attorney representing the Secured Creditor in the within Motion for Certification of Federal Question and Interlocutory Appeal.

2.     On July 30, 2025, I caused the following documents: *Certification in Opposition, Proposed Order and Certificate of Service* to be sent to the following parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below in the manner indicated.

3.     I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                    Respectfully Submitted:

                                      By:    /s/ Steven P. Kelly, Esquire
                                                Steven P. Kelly, Esquire
                                                Stern & Eisenberg, PC
                                                Counsel for Secured Creditor

Date: July 30, 2025

Service List:

| Name and Address of Party(ies) Served | Relationship of Party(ies) to the Case | Mode of Service |
|---|---|---|
| Edith M. Farina<br>35 Mahlon Court<br>Toms River, NJ 08753 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>　Notice of Electronic Filing (NEF)<br>　Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Eric S. Landau<br>Law Office of Eric S. Landau PLLC<br>50 Fountain Plaza Suite 1400<br>Buffalo, NY 14202 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>　Notice of Electronic Filing (NEF)<br>　Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>　Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| U.S. Trustee<br>US Department of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>　Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |